FILED
FEB 14 2017
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY LEE ZAHN,<br><br>Defendant. | CR 16–20–BU–DLC<br><br>ORDER |

This matter comes before the Court on the United States' motion for a preliminary order of forfeiture (Doc. 29). Defendant Rodney Lee Zahn appeared before the Honorable Jeremiah C. Lynch on January 30, 2017, and entered a plea of guilty to the Indictment filed on October 5, 2016. The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2428(a) and (b)(1)(A).

Accordingly, IT IS ORDERED:

THAT Defendant Rodney Lee Zahn's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2428(a) and (b)(1)(A):

- Black 1987 Ford F-150 pick-up, VIN 1FTEF14N1HNA44930; and;
- Brown/White Terry Model Camper Trailer, VIN EA5A1820J2436841.

-1-

THAT the United States Marshals Service shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided bylaw;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 14th day of February, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court