IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 16–20–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RODNEY LEE ZAHN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 2428(a) and (b)(1)(A).

2. A Preliminary Order of Forfeiture was entered on February 14, 2017;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 18 U.S.C. 2428(a) and (b)(1)(A).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture (Doc. 36) is GRANTED and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 18 U.S.C. 2428(a) and (b)(1)(A) free from the claims of any other party:

- Black 1987 Ford F-150 pick-up, VIN 1FTEF14N1HNA44930; and

- Brown/White Terry Model Camper Trailer, VIN EA5A1820J2436841.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 15th day of May, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court